UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CONTRACTORS NETWORK, INC., NATIONAL GRANGE MUTUAL INSURANCE COMPANY, EASTERN EXTERIOR WALL SYSTEM, INC., ZURICH AMERICAN INSURANCE COMPANY, SMS SERVICES, INC., COLONY DRYWALL, INC., and HARLEYSVILLE INSURANCE COMPANY,<br><br>Defendants. | No. 11-CV-11480 MBB |

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, through their counsel, stipulate that Illinois Union Insurance Company's claim against SMS Services, Inc. is dismissed with prejudice and without any costs, waiving all rights of appeal and rights under Federal Rule of Civil Procedure 60. This stipulation does not affect Illinois Union's claims or rights against any other party.

Dated: June ~~12~~, 2012

| | |
|---|---|
| **HODGSON RUSS LLP**<br>*Attorneys for Illinois Union Insurance Co.* | **O'CONNOR, CARNATHAN AND MACK LLC**<br>*Attorneys for Illinois Union Insurance Co.* |

*/s/ Kevin D. Szczepanski*
Kevin D. Szczepanski
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: 716-848-1485
E-mail: kds@hodgsonruss.com

*/s/ Benjamin S. Kafka*
Benjamin S. Kafka
David B. Mack
1 Van de Graaff Drive, Suite 104
Burlington, Massachusetts 01803
Telephone: 781-359-9000
E-mail: bkafka@ocmlaw.net

**HERMES NETBURN O'CONNOR & SPEARING, P.C.**
*Attorneys for Contractor's Network, Inc.*

*/s/ Peter G. Hermes*
Peter G. Hermes
265 Franklin Street, 8th Floor
Boston, Massachusetts 02110-3113
Telephone: 617-210-7710
E-mail: phermes@hermesnetburn.com

**O'SHEA GETZ P.C.**
*Attorneys for National Grange Mutual Ins. Co.*

*/s/ Patrick J. Markey*
Patrick J. Markey
1500 Main Street, Suite 912
Springfield, Massachusetts 01115
Telephone: 413-731-3100
E-mail: pmarkey@osheagetz.com

**BONNER KIERNAN TREBACH & CROCIATA LLP**
*Attorneys for Eastern Exterior Wall Systems, Inc.*

*/s/ Kenneth H. Naide*
John A. Kiernan
Kenneth H. Naide
200 Portland Street, 4th Floor
Boston, Massachusetts 02114
Telephone: 617-426-3900
E-mail: jkiernan@bktc.net

**ECKERT SEAMANS CHERIN AND MELLOTT, LLC**
*Attorneys for SMS Services, Inc.*

*/s/ William P. Breen, Jr.*
William P. Breen, Jr.
Daniel A. Leonardo
Two International Place, 16th Floor
Boston, Massachusetts 02110
Telephone: 617-342-6887
E-mail: wbreen@eckertseamans.com

| | |
|---|---|
| **MORRISON MAHONEY LLP** | **BRUCE A. ASSAD LAW FIRM** |
| *Attorneys for Harleysville Insurance Company* | *Attorney for Colony Drywall, Inc.* |
| /s/ Michael F. Aylward | /s/ Bruce A. Assad |
| Michael F. Aylward | Bruce A. Assad |
| 250 Summer Street | 16 Bedford Street, Suite 3A |
| Boston, Massachusetts 02210 | Fall River, Massachusetts 02720 |
| Telephone: 617-439-7556 | Telephone: 508-673-2004 |
| E-mail: maylward@morrisonmahoney.com | E-mail: BAALawFirm@aol.com |

042375.00188 Litigation 8511283v1