UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 11-CV-11480 MBB |
| CONTRACTORS NETWORK, INC., NATIONAL GRANGE MUTUAL INSURANCE COMPANY, EASTERN EXTERIOR WALL SYSTEMS, INC., ZURICH AMERICAN INSURANCE COMPANY, SMS SERVICES, INC., COLONY DRYWALL, INC., and HARLEYSVILLE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, through their

counsel, stipulate that Illinois Union Insurance Company's claims against Contractor's Network,

Inc., Eastern Exterior Wall Systems, Inc., Colony Drywall, Inc., and Harleysville Insurance

Company are dismissed without prejudice and without any costs.  In addition, National Grange

Mutual Insurance Company's cross claims against those same four parties are also dismissed

without prejudice and without any costs.

This stipulation does not affect Illinois Union's or National Grange Mutual

Insurance Company's claims or rights against any other party.

Dated:  September 18, 2012

**HODGSON RUSS LLP**
*Attorneys for Illinois Union Insurance Co.*


Kevin D. Szczepanski
James M. Bauer
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: 716-848-1485
E-mail: kds@hodgsonruss.com


**HERMES NETBURN O'CONNOR
& SPEARING, P.C.**
*Attorneys for Contractor's Network, Inc.*


Peter G. Hermes
Jennifer L. Stineback
265 Franklin Street, 8th Floor
Boston, Massachusetts 02110-3113
Telephone: 617-210-7710
E-mail: phermes@hermesnetburn.com


**O'SHEA GETZ P.C.**
*Attorneys for National Grange Mutual Ins. Co.*


Patrick J. Markey
1500 Main Street, Suite 912
Springfield, Massachusetts 01115
Telephone: 413-731-3100
E-mail: pmarkey@osheagetz.com


**BONNER KIERNAN TREBACH
& CROCIATA LLP**
*Attorneys for Eastern Exterior
Wall Systems, Inc.*


John A. Kiernan
Kenneth H. Naide
200 Portland Street, 4th Floor
Boston, Massachusetts 02114
Telephone: 617-426-3900
E-mail: jkiernan@bonnerkiernan.com


**MORRISON MAHONEY LLP**
*Attorneys for Harleysville Insurance Company*


Michael F. Aylward
250 Summer Street
Boston, Massachusetts 02210
Telephone: 617-439-7556
E-mail: maylward@morrisonmahoney.com


**BRUCE A. ASSAD LAW FIRM**
*Attorney for Colony Drywall, Inc.*


Bruce A. Assad
16 Bedford Street, Suite 3A
Fall River, Massachusetts 02720
Telephone: 508-673-2004
E-mail: BAALawFirm@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/Kevin D. Szczepanski
Kevin D. Szczepanski